## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KAREN HUGHES and THOMAS HUGHES,
      Plaintiffs

vs.

DANBURY 6 ASSOCIATES LIMITED LIABILITY
COMPANY and THE GRAND UNION COMPANY,
      Defendants

vs.

P.W. SCOTT ENGINEERING & ARCHITECTURE
and JOHN MORIARTY & ASSOCIATES, INC.,
      Third-Party Defendants

CIVIL ACTION NO.
3:01 cv. 1854 (MK)

### MOTION FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Pursuant to Rule 16(c)(2) of the Local Rules of Civil Procedure and Rule 16(a)(5) of the Federal Rules of Civil Procedure, the plaintiffs hereby move that this case be referred, for the purposes of a settlement conference, to William I. Garfinkel, United States Magistrate Judge.

This application has been prepared after consultation with counsel for the defendant and counsel for the third-party defendants. All counsel have consented to this application.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

*Attorney Robert W. Folchetti, Juris No. 307970; Fed. Bar No. CT08902*
**KLEIN & FOLCHETTI**, *15 Fisher Lane, White Plains, New York 10603*
*Tel. (914) 683-8792; Fax (914) 683-8793*

1

Dated at White Plains, New York this 24th day of October, 2003.

The Plaintiffs, Karen Hughes and Thomas Hughes by:

**KLEIN & FOLCHETTI**

_____
ROBERT W. FOLCHETTI (CT08902)
A Member of the Firm
15 Fisher Lane
White Plains, New York  10603
Tel. (914) 683-8792

Local Office:
c/o Hastings & Allen
440 Main Street
Ridgefield, Connecticut  06877

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on October 24, 2003 to:

Attorney Earl F. Dewey, II
Law Offices of Scott B. Clendaniel
Post Office Box 2138
Hartford, Connecticut  06145-2138

Attorney Thomas H. Kukowski
Milber, Makris, Plousadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, New York  10604

Attorney Alan L. Robertson
Smith, Ketaineck, Robertson & Musco
9 Hamden Avenue, Suite 3-A
Hamden, Connecticut  06518

_____
ROBERT W. FOLCHETTI (CT08902)

*Attorney Robert W. Folchetti, Juris No. 307970; Fed. Bar No. CT08902*
**KLEIN & FOLCHETTI**, *15 Fisher Lane, White Plains, New York  10603*
*Tel. (914) 683-8792; Fax (914) 683-8793*

2