# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| KAREN HUGHES and THOMAS HUGHES<br>*Plaintiffs* | : : : : | |
| v. | : : | Case No. 3:01cv1854(MRK) |
| DANBURY 6 ASSOCIATES LIMITED LIABILITY COMPANY and THE GRAND UNION COMPANY,<br>*Defendants* | : : : : : | |
| v. | : : : | |
| P.W. SCOTT ENGINEERING & ARCHITECTURE and JOHN MORIARTY & ASSOCIATES, INC.,<br>*Third-Party Defendants* | : : : : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐   To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☐   A ruling on the following motions which are currently pending: (orefm.)
Doc#

☒   A settlement conference (orefmisc./cnf.)

☐   A conference to discuss the following: (orefmisc./cnf.)

☐   Other: (orefmisc./misc)

SO ORDERED this   31st   day of   October  ,   2003   at New Haven, Connecticut.

/s/ _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE