FILED

Dec 15 2 02 PM 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN HUGHES and
THOMAS HUGHES
    Plaintiffs                 :      CIVIL ACTION 301CV1854 MRK

V.                                         :

DANBURY 6 ASSOCIATES LIMITED
LIABILITY and THE GRAND UNION
COMPANY
    Defendants             :      December 12, 2003

## REQUEST FOR LEAVE TO AMEND ANSWER AND SPECIAL DEFENSE

The Defendant pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully requests leave to amend it special defense due to the failure of the plaintiff to mitigate her damages with request to claims for lost wages and also earning capacity. This case does not have a trial date assigned and the plaintiff is not prejudiced by the amendment as counsel has been aware of the contention of the defense in this regard for some time.

                                               DEFENDANT, Danbury 6 Associates

                                               By_____
                                               Earl F. Dewey, II
                                               LAW OFFICES OF SCOTT B. CLENDANIEL
                                               P.O. Box 2138
                                               Hartford, CT 06145-2138

N:\LIABILITY\Commercial Line Cases - Open\014170 hughes v danbury 6\REQAMEND.DOC

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on December 12, 2003 to:

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, NY  10603

Alan L. Robertson, Esq.
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue, Suite 3-A
Hamden, CT  06518

Thomas H. Kukowski, Esq.
Milber Makris Plousadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY  10604

                                    _____
                                    Earl F. Dewey, II

N:\LIABILITY\Commercial Line Cases - Open\014170 hughes v danbury 6\REQAMEND.DOC