RECEIVED

FILED

Dec 29  2 34 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN HUGHES and
THOMAS HUGHES
    Plaintiffs               :      CIVIL ACTION 301CV1854 MRK

V.                              :

DANBURY 6 ASSOCIATES LIMITED
LIABILITY and THE GRAND UNION
COMPANY
    Defendants           :      December 19, 2003

## VOIRE DIRE QUESTIONS

1. Have you, a family member or close friend ever been involved in an accident where someone was injured?

2. Have you, a family member or close friend ever made a claim for personal injuries?

3. Have you, a family member or close friend ever been a party to a lawsuit as a plaintiff?

4. Have you, a family member or close friend ever been a party to a lawsuit as a defendant?

5. Have you ever served on jury duty before in a civil case?

6. Have you ever served on jury duty before in a criminal case.?

7. Have you, a family member or close friend ever suffered a broken bone?

F:\TS1ht03\WINWORD\ALSFIS\doowop2.DOC

8. Have you, a family member or close friend ever made a claim for workers' compensation benefits?

9. Have you, a family member or close friend ever received disability benefits of any sort?

9. If you have served on a jury previously, is there anything about the experience that has left you with strong feelings one way or the other about the jury system?

10. Do you understand and accept that the plaintiffs, by bringing their lawsuit, have the burden of proving their case by a preponderance of the evidence.

11. Do you have any strong feelings, one way or another, about people who bring lawsuits?

12. Do you have strong feelings, one way or the other, about a defendant choosing to defend a lawsuit?

13. The defendant in this action is a corporation or business entity. Is there anything that would prevent you from being fair to a corporation or business entity?

14. Would you treat a corporation or business entity the same as you would a human being for purposes of being fair and impartial?

15. If you reach a point where damages must be assessed against the defendant, would the fact that the defendant is a corporation or business entity cause you to be more liberal in awarding damages than you would if the defendant were a human being?

16. If damages are awarded, do you understand that damages must be fair, just and reasonable for the plaintiff to receive and for the defendant to have to pay?

17. At the end of the case, the judge will instruct you upon the law. If you disagreed with the law as the judge gave it to you or felt that the judge was erroneous in the instruction upon the law, would you nevertheless follow the law as given to you by the judge, or would you substitute your own beliefs as to what the law was or should be?

18. If the plaintiffs fail to prove their case by a preponderance of the evidence, would you have any reluctance whatsoever about sending them out of the courthouse without awarding any damages whatsoever?

19. Do you believe that a person is entitled to be compensated in a court of law solely because they were injured?

20. Do you understand that the plaintiff must prove not only that she was injured, but also that her damages, whether for injury, medical bills or lost wages, were caused by the negligence of the defendant?

21. Do you understand that sympathy can play no role in your decision making process with regard to your deliberations and findings in this case, even if you feel badly for the person who was hurt, your feelings in that regard cannot be a substitute for your analysis of the evidence?

22. Do you understand that if you are to award damages, that damages cannot be based upon sympathy either and that they must be fair, just and reasonable?

23. Do you own or manage commercial property?

24. Do you own residential property?

25. Has anyone been injured on property that you own?

THIRD PARTY DEFENDANT,
John Moriarty & Associates

By _____
Alan L. Robertson, Esq.
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue, Suite 3-A
Hamden, CT 06518
Federal Bar I.D. No. CT-06603

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel of record on 12/19/03.

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, NY 10603

Earl F. Dewey, II
LAW OFFICES OF SCOTT B. CLENDANIEL
300 Windsor Street
P.O. Box 2138
Hartford, Connecticut 06145-2138

Thomas H. Kukowski, Esq.
Milber Makris Plousadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604

_____
ALAN L. ROBERTSON

4