UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JAN 9  2:55 PM '04

```
------------------------------------------x
KAREN HUGHES and THOMAS HUGHES,           :   CIVIL ACTION NO.
                                              301 CV 1854 (MRK)
                    Plaintiffs,           :

         v.                               :

DANBURY 6 ASSOCIATES LIMITED LIABILITY    :
COMPANY and THE GRAND UNION COMPANY,

                                          :
                    Defendants.
------------------------------------------x
DANBURY 6 ASSOCIATES LIMITED LIABILITY    :
COMPANY,
                    Third-Party Plaintiff,:

         v.                               :

P.W. SCOTT ENGINEERING & ARCHITECTURE     :
and JOHN MORIARTY & ASSOCIATES, INC.,
                                          :
                    Third-Party Defendants.   November 3, 2003
------------------------------------------x
```

### STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys for all parties to the above-captioned action, as follows:

1.  The third-party action commenced by Danbury 6 Associates Limited Liability Company be, and the same hereby is dismissed, with prejudice, as to third-party defendant P.W. Scott Engineering & Architecture, P.C.

2.  This stipulation may be filed without further notice with the Clerk of the Court.

**THE PLAINTIFFS**
**KAREN HUGHES AND THOMAS HUGHES**

By: _/s/ Robert W. Folchetti_
Robert W. Folchetti (ct 08902)
Klein & Folchetti
15 Fisher Lane
White Plains, New York 10603
(914 683-8792

**THE DEFENDANT**
**DANBURY 6 ASSOCIATES**

By: _/s/ Earl F. Dewey_
Earl F. Dewey (ct 05428)
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, Connecticut 06145-2138
(860) 277-7480

**THIRD-PARTY DEFENDANT**
**P.W. SCOTT ENGINEERING**
   **& ARCHITECTURE, P.C.**

By: _/s/ Thomas H. Kukowski_
Thomas H. Kukowski (ct 07141)
Milber Makris Plousadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, New York 10604
(914) 681-8700

**THIRD-PARTY DEFENDANT**
**JOHN MORIARTY & ASSOCIATES, INC.**

By: _/s/ Alan L. Robertson_
Alan L. Robertson, Esq. (ct 06603)
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue, Suite 3-A
Hamden, Connecticut 06518
(203) 288-2323

SO ORDERED on November ___, 2003

_____
**HON. MARK R. KRAVITZ**
**UNITED STATES DISTRIC JUDGE**

2