UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

------------------------------------x
KAREN HUGHES and THOMAS HUGHES,    :   CIVIL ACTION NO.
                                       301 CV 1854 (MRK)
                Plaintiffs,        :

        v.                         :

DANBURY 6 ASSOCIATES LIMITED LIABILITY :
COMPANY and THE GRAND UNION COMPANY,

                                   :
                Defendants.
------------------------------------x
DANBURY 6 ASSOCIATES LIMITED LIABILITY :
COMPANY,
                Third-Party Plaintiff, :

        v.                         :

P.W. SCOTT ENGINEERING & ARCHITECTURE :
and JOHN MORIARTY & ASSOCIATES, INC.,

                                   :
                Third-Party Defendants.    November 3, 2003
------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys for all parties to the above-captioned action, as follows:

1.      The third-party action commenced by Danbury 6 Associates Limited Liability Company be, and the same hereby is dismissed, with prejudice, as to third-party defendant P.W. Scott Engineering & Architecture, P.C.

2.      This stipulation may be filed without further notice with the Clerk of the Court.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By_____
        Deputy Clerk