FILED

APR 15  1 01 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * *
                              *
KAREN HUGHES and              *
THOMAS HUGHES                 *
                              *
        Plaintiffs,           *
                              *
v.                            *   CIVIL ACTION NO. 3:01854 (MRK)
                              *
DANBURY 6 ASSOC., ET AL.      *
                              *
        Defendants.           *
                              *
                              *
                              *
                              *   APRIL 14, 2004
                              *
* * * * * * * * * * * * * * *
```

### APPEARANCE

To the Clerk of the Court:

   Please enter my appearance in the above-captioned case for the defendant, John Moriarty & Associates, Inc.

                              THE DEFENDANT,
                              JOHN MORIARTY & ASSOCIATES, INC.

                              By _____
                              Mark A. Milano
                              Milano & Wanat LLC
                              471 East Main Street
                              Branford, Connecticut 06405
                              Phone: (203) 315-7000
                              Fax:   (203) 315-7007
                              Federal Bar No.: CT1062

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class, postage paid, to all counsel and pro se parties of record, as follows:

Robert W. Folchetti, Esquire
Klein & Folchetti
15 Fisher Lane
White Plains, New York 10603

Earl F. Dewey, II, Esquire
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, Connecticut 06145

Andrew Schneider, Esquire
Lisa M. Faris, Esquire
McGrail, Carrol & Faris
388 E. Main Street
Branford, Connecticut 06405

Thomas H. Kukowski, Esquire
Milber, Makris, Plousaid & Seiden
108 Corporate Park Drive
Suite 200
White Plains, New York 10604

Alan L. Robertson, Esquire
Smith, Ketaineck & Musco
9 Washington Avenue
Suite 3-A
Hamden, Connecticut 06518

on this the 14 day of April, 2004.

_____
Mark A. Milano
Milano & Wanat, LLC
471 East Main Street
Branford, Connecticut 06405
Phone: (203) 315-7000
Fax: (203) 315-7007
Federal Bar No.: CT1062