AO 458 (Rev.5/85) Appearance

# United States District Court

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KAREN HUGHES and THOMAS HUGHES<br>    Plaintiffs | : | APPEARANCE |
| V. | : | CASE NUMBER: 301cv1854MRK |
| DANBURY 6 ASSOCIATES LIMITED LIABILITY and THE GRAND UNION COMPANY<br>    Defendants | : | April 16, 2004 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for DANBURY 6 ASSOC LTD LIABILITY CO.

<u>April 16, 2004</u>
Date

Signature
   <u>STEPHEN P. DEL SOLE, ESQ.</u>
Print Name
<u>46 South Whittlesey Avenue, P. O. Box 310</u>

<u>Wallingford, Connecticut   06492</u>
City           State     Zip Code

<u>203-284-8000</u>    <u>ct04493</u>
Phone Number    Federal Bar Number

Copies mailed this 16th day of April, 2004 to:

Scott B. Clendaniel, Esq.
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138

Earl F. Dewey, III, Esq.
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, New York 10603

Thomas H. Kukowski, Esq.
Milber Madris Plousadis & Seiden
108 Corporate Park Drive
Suite 200
White Plains, New York 10604

Alan L. Robertson, Esq.
Smith Ketaineck & Musco
9 Washington Avenue
P. O. Box 5035
Hamden, CT 06518-0035

_____
Stephen P. Del Sole, Esq.

Clerk
United States District Court
141 Church Street
New Haven, CT  06510