AO 458 (Rev.5/85) Appearance

# United States District Court

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KAREN HUGHES and<br>THOMAS HUGHES<br>    Plaintiffs | : | APPEARANCE |
| V. | : | CASE NUMBER: 301cv1854MRK |
| DANBURY 6 ASSOCIATES LIMITED<br>LIABILITY and THE GRAND UNION<br>COMPANY<br>    Defendants | : | April 16, 2004 |

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for  DANBURY 6 ASSOC LTD LIABILITY CO.

April 16, 2004
Date

Signature
   MICHAEL P. DEL SOLE, ESQ.
Print Name
46 South Whittlesey Avenue, P. O. Box 310

Wallingford, Connecticut   06492
City                State       Zip   Code

 203-284-8000              ct05825
Phone Number            Federal Bar Number

Copies mailed this 16th day of April, 2004 to:

Scott B. Clendaniel, Esq.
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138

Earl F. Dewey, III, Esq.
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, New York 10603

Thomas H. Kukowski, Esq.
Milber Madris Plousadis & Seiden
108 Corporate Park Drive
Suite 200
White Plains, New York 10604

Alan L. Robertson, Esq.
Smith Ketaineck & Musco
9 Washington Avenue
P. O. Box 5035
Hamden, CT 06518-0035

_____
Michael P. Del Sole, Esq.

Clerk
United States District Court
141 Church Street
New Haven, CT  06510