FILED
APR 20  1:56 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN HUGHES and THOMAS HUGHES<br>    Plaintiffs | : | CIVIL ACTION 301CV1854 MRK |
| V. | : | |
| DANBURY 6 ASSOCIATES LIMITED LIABILITY and THE GRAND UNION COMPANY<br>    Defendants | : | April 16, 2004 |

## WITHDRAWAL OF APPEARANCE

The undersigned attorneys, hereby request the court's permission to withdraw their appearance for defendant, Danbury 6 Associates Limited Partnership, due to the fact that new counsel has filed an appearance on their behalf.

*E.F. Dewey*

Earl F. Dewey, II
LAW OFFICES OF SCOTT B. CLENDANIEL
300 Windsor Street
P.O. Box 2138
Hartford, Connecticut 06145-2138
(860) 277-7480
Federal Bar I.D. no.CT05428

N:\LIABILITY\Commercial Line Cases - Open\014170 hughes v danbury 6\WD of Appearance.DOC

*[signature]*

Scott B. Clendaniel
LAW OFFICES OF SCOTT B. CLENDANIEL
300 Windsor Street
P.O. Box 2138
Hartford, Connecticut 06145-2138
(860) 277-7480
Federal Bar I.D. no.CT09015

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel of record on 4/16/04.

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, NY  10603

Stephen Del Sole, Esq.
Del Sole & Del Sole
P.O. Box 310
Wallingford, CT  06492

Thomas H. Kukowski, Esq.
Milber, Makris, Plousadis & Seiden
108 Corporate Park Drive
White Plains, NY  10604

Alan Robertson, Esq.
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue
Hamden, CT  06518

*[signature]*
Earl F. Dewey, II