UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, April 22, 2004

3:30 p.m.

CASE NO. **3:01cv1854**   **Hughes v. Danbury 6 Assoc.**

Robert W. Folchetti
Klein & Folchetti
15 Fisher Lane
White Plains, NY 10603
914-683-8792

Michael P. Del Sole
Del Sole & Del Sole
46 S. Whittlesey Ave.
P.O. Box 310
Wallingford, CT 06492-0310

Stephen P. Del Sole
Del Sole & Del Sole
46 S. Whittlesey Ave.
P.O. Box 310
Wallingford, CT 06492-0310

Thomas H. Kukowski
Milber Makris Plousadis & Seiden
108 Corporate Park Drive, Suite 200
White Plains, NY 10604
914-681-8700

Alan L. Robertson
Smith Ketaineck & Musco
9 Washington Ave., Ste. 3-A
PO Box 5035
Hamden, CT 06518-0035
203-288-2323

STATUS CONFERENCE HELD
DATE: 4/22/04

25 min.

Gary Charles Kaisen
Milano & Wanat
471 E. Main St.
Branford, CT 06405

Mark A. Milano
Milano & Wanat
471 E. Main St.
Branford, CT 06405

Stephen G. Murphy Jr.
Milano & Wanat
471 E. Main St.
Branford, CT 06405

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK