UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN HUGHES and THOMAS HUGHES<br>*Plaintiffs* | : : : : | |
| v. | : : | Case No. 3:01cv1854(MRK) |
| DANBURY 6 ASSOCIATES LIMITED LIABILITY COMPANY and THE GRAND UNION COMPANY,<br>*Defendants* | : : : : : : | |
| v. | : : : | |
| P.W. SCOTT ENGINEERING & ARCHITECTURE and JOHN MORIARTY & ASSOCIATES, INC.,<br>*Third-Party Defendants* | : : : : | |

## ORDER

Defendants' Request for Leave To Amend Answer And Special Defense [doc. #45], dated December 12, 2003, is GRANTED. The Clerk is directed to docket the Amended Answer And Affirmative Defenses Of Danbury 6 Associates, dated December 12, 2003.

The Withdrawal Of Appearance [doc. #56], dated April 16, 2004, is GRANTED. The Appearances of Attorneys Earl F. Dewey, II and Scott B. Clendaniel of the Law Offices of Scott B. Clendaniel are terminated since new counsel have appeared for defendant Danbury 6 Associates Limited Liability Company.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 27, 2004.