UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN HUGHES and
THOMAS HUGHES
     Plaintiffs             :     CIVIL ACTION 301CV1854 MRK

V.                       :

DANBURY 6 ASSOCIATES LIMITED
LIABILITY and THE GRAND UNION
COMPANY
     Defendants           :     December 12, 2003

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF DANBURY 6 ASSOCIATES

     1.     The defendant, Danbury 6 Associates, states it is without knowledge sufficient upon which to form a belief as to the allegations of paragraphs 1, 4, 5, 7, 8, 18, 27 and 29 and leaves the plaintiffs to their proof.

     2.     The defendant admits the allegations contained in paragraphs 2, 3, 9, 12, 13 and 15.

     3.     The defendant denies the allegations contained in paragraphs 6, 11, 14, 16, 17, 19, 20, 21, 22, 23, 24, 25 and 28 as they pertain to Danbury 6 Associates.

     4.     As to paragraph 10, the defendant denies that portion which states, "occupant, lessee and/or tenant." The remainder of said paragraph is admitted.

     5.     The answers to paragraphs 1 through 25 hereby incorporated and made the answers to paragraph 26 as if fully set forth herein.

N:\LIABILITY\Commercial Line Cases - Open\014170 hughes v danbury 6\ANSWER1.DOC

### FIRST AFFIRMATIVE SPECIAL DEFENSE

At the time and place cited in the plaintiff's complaint, the plaintiff, Karen Hughes, was negligent and careless and such negligence and carelessness on her part caused or was a substantial factor in bringing about any injury or damages claimed by her.  The plaintiff was negligent and careless in one or more of the following ways:

a.      She failed to make proper use of her senses and faculties;

b.      She failed to watch where she was stepping; and

c.      She failed to keep a proper lookout.

### SECOND AFFIRMATIVE SPECIAL DEFENSE

With regard to any and all claims for lost wages and/or loss of earning capacity, the plaintiff failed to mitigate her damages in that (a) she failed to timely seek employment following her injury; (b) she failed to timely seek employment at a comparable rate of pay to her prior employment, and (c) she accepted a job at a lower rate of pay than the job she held prior to her injuries.

DEFENDANT, Danbury 6 Associates

By _____*E F Dewey*_____

Earl F. Dewey, II
LAW OFFICES OF SCOTT B. CLENDANIEL
300 Windsor Street
P.O. Box 2138
Hartford, Connecticut 06145-2138
(203) 277-7480
Federal Bar I.D. No. 05428

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel of record on 12/12/03.

Robert W. Folchetti, Esq.
Klein & Folchetti
15 Fisher Lane
White Plains, NY  10603

Alan L. Robertson, Esq.
Smith, Ketaineck, Robertson & Musco
9 Washington Avenue, Suite 3-A
Hamden, CT  06518

Thomas H. Kukowski, Esq.
Milber Makris, Plousadis & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY  10604

Earl F. Dewey, II