UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended (from 1/20/04) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 26, 2004

10:00 a.m.

*Held*

*3 hours)*

CASE NO. **3:01cv1854 (MRK)**   Hughes, et al vs. Danbury 6 Associates, et al

Scott B. Clendaniel
Law Offices of Scott B. Clendaniel
300 Windsor St.
PO Box 2138
Hartford, CT 06145-2138


Earl F. Dewey II
Law Offices of Scott B. Clendaniel
300 Windsor St.
PO Box 2138
Hartford, CT 06145-2138


Robert W. Folchetti
Klein & Folchetti
15 Fisher Lane
White Plains, NY 10603


Thomas H. Kukowski
Milber Makris Plousadis & Seiden
108 Corporate Park Drive
Suite 200
White Plains, NY 10604


Alan L. Robertson
Smith Ketaineck & Musco
9 Washington Ave., PO Box 5035
Ste. 3-A
Hamden, CT 06518-0035


* JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

   THANKS.


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK