UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KAREN HUGHES and <br> THOMAS HUGHES <br><br> Plaintiffs, <br> v. <br><br> DANBURY 6 ASSOCIATES <br><br> Defendants/ <br> Third-Party Plaintiffs, <br> v. <br><br> JOHN MORIARTY & ASSOCIATES <br><br> Third-Party Defendants | CIVIL ACTION NO.: <br> 3:01854 (MRK) <br><br><br> APRIL \_\_\_\_, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION FOR VOLUNTARY STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the indemnity counterclaim and cross-claim plaintiffs, **PW SCOTT ENGINEERING & ARCHITECTURE, P.C.**, and indemnity cross-claim defendant, **JOHN MORIARTY & ASSOCIATES** and the indemnity counterclaim defendant, **DANBURY 6 ASSOCIATES**, herein move that a voluntary stipulated dismissal enter <u>with prejudice</u> with respect to the indemnity counterclaim and cross-claim set forth in **PW SCOTT ENGINEERING & ARCHITECTURE, P.C.**'s pleading dated January 15, 2003 in this action inasmuch as these parties have agreed to such resolution.

INDEMNITY COUNTERCLAIM AND
CROSS-CLAIM PLAINTIFFS
PW SCOTT ENGINEERING &
ARCHITECTURE, P.C.

By _____     Date  4/22/04
Thomas H. Kukowski, Esq.(CT #07141)
Milber Makris Plousadis & Seiden, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700


INDEMNITY COUNTERCLAIM
DEFENDANT
DANBURY 6 ASSOCIATES

By _____     Date  4/28/04
Stephen P. Del Sole, Esq.(CT #04493)
46 South Whittlesey Avenue
P.O. Box 310
Wallingford, Connecticut 06492-0310


INDEMNITY CROSS-CLAIM
DEFENDANT
JOHN MORIARTY & ASSOCIATES

By _____     Date  4/27/04
Gary C. Kaisen, Esq. (CT #17513)
Milano & Wanat LLC
471 East Main Street
Branford, Connecticut 06405
(203) 315-7000