UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Karen Hughes, et al

V.                                    Case Number:  3:01cv1854(MRK)

Danbury 6 Associates

**ORDER on Document #61**

\_\_\_\_\_**Stipulation for Dismissal of indemnity counterclaim and crossclaim as filed by PW Scott Engineering & Architecture, P.C.** - Doc. #61  - **ORDERED ACCORDINGLY**


Dated at New Haven, Connecticut, April 30, 2004.


KEVIN F. ROWE, CLERK


By: _____
    Lori Inferrera
    Deputy Clerk