UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN HUGHES and THOMAS HUGHES | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | Case No.  3:01cv1854(MRK) |
| | : | |
| DANBURY 6 ASSOCIATES LIMITED LIABILITY COMPANY and THE GRAND UNION COMPANY, | : | |
| *Defendants* | : | |
| | : | |
| v. | : | |
| | : | |
| P.W. SCOTT ENGINEERING & ARCHITECTURE and JOHN MORIARTY & ASSOCIATES, INC., | : | |
| *Third-Party Defendants* | : | |

## JUDGMENT

Notice having been sent to counsel of record on May 20, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before June 19, 2004 .

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 25th day of August 2004.

        KEVIN F. ROWE, Clerk

        By /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk

EOD: _____