UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT

**FILED**

2004 OCT 21 P 2: 22

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| KAREN HUGHES and THOMAS HUGHES,<br>**Plaintiffs** | : |
| vs. | : |
| DANBURY 6 ASSOCIATES LIMITED LIABILITY COMPANY and THE GRAND UNION COMPANY,<br>**Defendants** | : CIVIL ACTION NO.<br>: 3:01 CV 1854 (MRK)<br>:<br>: June 7, 2004 |
| vs. | : |
| P.W. SCOTT ENGINEERING & ARCHITECTURE and JOHN MORIARTY & ASSOCIATES, INC.<br>**Third-Party Defendants** | : |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for all parties to the above entitled action, as follows:

1. This action and the third-party action be, and hereby are dismissed.

2. That defendant **DANBURY 6 ASSOCIATES LIMITED LIABILITY COMPANY**, or its legal representatives, shall forward to plaintiffs' counsel the sum **THIRTY-FIVE THOUSAND DOLLARS ($35,000.00)**.

3. That third-party defendant **JOHN MORIARTY & ASSOCIATES, INC.**, or its legal representatives, shall forward to plaintiffs' counsel the sum **FIVE THOUSAND DOLLARS ($5,000.00)**.

4. That the settlement check shall be made payable to "Karen Hughes, Thomas Hughes, and Michele Klein & Robert Folchetti, As Attorneys."

5. That this Court shall retain jurisdiction over this action for the purpose of

*Attorney Robert W. Folchetti, Juris No. 307970; Fed. Bar No. CT08902*<br>**KLEIN & FOLCHETTI**, *15 Fisher Lane, White Plains, New York 10603*<br>*Tel. (914) 683-8792; Fax (914) 683-8793*

enforcing the terms of this settlement.

6    This stipulation may be filed without further notice with the Clerk of the Court.

THE PLAINTIFFS, Karen
Hughes and Thomas Hughes

BY: *[signature]*
ROBERT W. FOLCHETTI (CT08902)
**KLEIN & FOLCHETTI**
15 Fisher Lane
White Plains, New York 10603
Tel. (914) 683-8792

Local Address:
c/o Hastings & Allan
440 Main Street
Ridgefield, Connecticut 06877

THE DEFENDANT, Danbury 6
Associates Limited Liability Company

BY: *[signature]*
STEPHEN P. DEL SOLE (CT04493)
**DEL SOLE & DEL SOLE, L.L.P.**
46 South Whittlesey Avenue
Wallingford, Connecticut 06492-4102
Tel. (203) 284-8000

THE THIRD-PARTY DEFENDANT
John Moriarty & Associates, Inc.

BY: *[signature]*
GARY P. KAISEN (CT17513)
**MILANO & WANAT LLC**
471 East Main Street
Branford, Connecticut 06405
Tel. (203) 315-7000

SO ORDERED on June   , 2004

---

**HON. MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE**